AO91 (Rev. 12/03) Criminal Complaint   *Felony*   AUSA

United States District Court
Southern District of Texas
**FILED**

FEB 10 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Marko BRASANAC
A215 809 539  Montenegro

**CRIMINAL COMPLAINT**

Case Number: 1:20-MJ-213

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 08, 2020 in Cameron County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on February 08, 2020. The defendant is a citizen and national of Montenegro who was previously deported, excluded or removed from the United States on 04/03/2019. The defendant was convicted of Possess Cannabis Greater Than 5,000 Grams on February 4, 2019. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $540 US dollars, $200 Mexican pesos, and $240 Serbian dinars.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Gallegos, Daniel   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 10, 2020   at   Brownsville, Texas
Date                      City/State

Ronald G. Morgan   U.S. Magistrate Judge
Name of Judge       Title of Judge

Signature of Judge